U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 809**

In the Matter of                                    Case Number:

Juan Castillo, Joseph Martini and Jonathan Lopez, on behalf of themselves
and all other Plaintiffs similarly situated known and unknown,
v.
Fibrwrap Construction, Inc., R.D. Installations, Inc., Heath Carr,
individually, and Rolande Dalati Fyfe, individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Juan Castillo, Joseph Martini and Jonathan Lopez, on behalf of themselves and all other
Plaintiffs similarly situated known and unknown

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COX**

| NAME (Type or print) |
| --- |
| Idala H. Strouse |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ *[signature]* |

| FIRM |
| --- |
| Marc M. Pekay, P.C. |

| STREET ADDRESS |
| --- |
| 30 N. LaSalle St., Ste. 2426 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06257845 | (312) 606-0980 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT