| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| **LAW OFFICES OF MARC M. PEKAY**<br>**ATTN IDALA H. STROUSE 30 N. LASALLE ST.,**<br>**STE. 2426**<br>**Chicago, IL 60602**<br>E-MAIL | Telephone<br>**(312) 606-0980**<br>FAX | |

ATTORNEY FOR (Name):    **IN PROPRIA PERSONA**

**UNITED STATES DISTRICT COURT - NORTHERN DISTRICT,**

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:    **, IL**

BRANCH NAME:    **NORTHERN DISTRICT, EASTERN DIVISION**

PLAINTIFF:    **JUAN CASTILLO**

DEFENDANT:    **FIBRWRAP CONSTRUCTION , INC. et al**

| **PROOF OF SERVICE** | FILE NUMBER<br>**2008003950** | COURT CASE NUMBER<br>**08C809** |
|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):    **SUMMONS AND COMPLAINT, CONSENT TO BE A PARTY PLTF.,,**

3. a. Party served:    **FIBRWRAP CONSTRUCTION, INC**
   b. Person served:  party in item 3a

4. Address where party was served:    **4255 E. AIRPORT DR.**
   **Ontario, CA 91761**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 2/15/2008 (2)at: 9:10 AM.

7. Person who served papers:
   a. Name: **S. Brand**
   b. Address: Sheriff's Court Services Central 157 W. 5th Street 3rd Floor San Bernardino, CA 92415
   c. Telephone number: **(909) 387-5700**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: February 15, 2008

Sheriff's Authorized Agent
Gary Penrod, Sheriff

Hearing:  **<No Information>**

Judicial Council form POS-010                    Original                    257000

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# 08 C 809

### SUMMONS IN A CIVIL CASE

Juan Castillo, Joseph Martini and Jonathan Lopez on behalf of
themselves and all other Plaintiffs similarly situated known
and unknown,
      Plaintiffs,

V.

Fibrwrap Construction, Inc., R.D. Installations, Inc., Heath
Carr, individually and Rolande Dalati Fyfe, individually,
      Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE LEINENWEBER
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Fibrwrap Construction, Inc.
4255 E. Airport Dr.
Ontario, CA 91761

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Idala Strouse
Law Offices of Marc M. Pekay
30 N. LaSalle St., Suite 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

_Yvette Montang_
(By) DEPUTY CLERK

**February 7, 2008**
Date