| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone (312) 606-0980 FAX | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICES OF MARC M. PEKAY<br>ATTN IDALA H. STROUSE 30 N. LASALLE ST., STE. 2426<br>Chicago, IL 60602 | | |
| ATTORNEY FOR (Name): IN PROPRIA PERSONA | | |

| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: , IL |
| BRANCH NAME: NORTHERN DISTRICT, EASTERN DIVISION |

| PLAINTIFF: | JUAN CASTILLO | | |
|---|---|---|---|
| DEFENDANT: | FIBRWRAP CONSTRUCTION, INC. et al | | |
| **PROOF OF SERVICE** | | FILE NUMBER<br>2008003950 | COURT CASE NUMBER<br>08C809 |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   f. other (specify documents):   SUMMONS AND COMPLAINT, CONSENT TO BE A PARTY PLAINTIFF,, SUMMONS IN A CIVIL CASE
3. a. Party served:        HEATH CARR
   b. Person served: other    Jason Alexander, Authorized Agent
4. Address where party was served:       4255 E. AIRPORT DR.
                                         Ontario, CA 91761
5. I served the party
   b. by substituted service. On: 2/20/2008 at: 8:49 AM I left documents listed in item 2 with or in the presence of Jason Alexander, Authorized Agent:
      (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on: 2/20/2008 from: San Bernardino, CA.
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

7. Person who served papers:
   a. Name: **S. Brand**
   b. Address: **Sheriff's Court Services Central 157 W. 5th Street 3rd Floor San Bernardino, CA 92415**
   c. Telephone number: **(909) 387-5700**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: February 20, 2008

Sheriff's Authorized Agent
Gary Penrod, Sheriff

Hearing: &lt;No Information&gt;

Judicial Council form POS-010            Original                                                    257047

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 809**

### SUMMONS IN A CIVIL CASE

Juan Castillo, Joseph Martini and Jonathan Lopez on behalf of themselves and all other Plaintiffs similarly situated known and unknown,
    Plaintiffs,

V.

Fibrwrap Construction, Inc., R.D. Installations, Inc., Heath Carr, individually and Rolande Dalati Fyfe, individually,
    Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Heath Carr
4255 E. Airport Dr.
Ontario, CA 91761

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Idala Strouse
Law Offices of Marc M. Pekay
30 N. LaSalle St., Suite 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



February 7, 2008
_____
Date