## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 809 |
|---|---|

CASTILLO, et al. vs. FIBRWRAP, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FIBRWRAP CONSTRUCTION, INC. and HEATH CARR, individually, Defendants

| | |
|---|---|
| NAME (Type or print)<br>  Richard A. Valek | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/ | |
| FIRM<br>  Stone & Moore, Chartered | |
| STREET ADDRESS<br>  150 N. Michigan Avenue, Suite 2600 | |
| CITY/STATE/ZIP<br>  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>  6196252 | TELEPHONE NUMBER<br>  (312) 332-5656 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐