413-10183-33

RAV/WGS/lak

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JUAN CASTILLO, JOSEPH MARTINI, and JONATHAN LOPEZ, on behalf of themselves And all other Plaintiff's similarly situated known and unknown,<br><br>                Plaintiffs,<br><br>vs.<br><br>FIBRWRAP CONSTRUCTION, INC., R.D. INSTALLATIONS, INC., HEATH CARR, individually and ROLANDE DALATI FYFE, individually,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 08 C 809<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD</u>

NOW COME the Defendants, FIBRWRAP CONSTRUCTION, INC. and HEATH CARR, by and through their attorneys, STONE & MOORE, CHARTERED, and for their Motion to Extend the Time to Answer or otherwise plead to the allegations contained in Plaintiff's Complaint, respectfully states as follows:

1.     That on or about February 13, 2008, the Plaintiffs filed their original Complaint seeking relief under various employment related statutes including the Fair Labor Standard Act 29 U.S.C. §201 *et. seq.*

2.     That on or about February 15, 2008, the Defendant, FIBRWRAP CONSTRUCTION, INC., was served with the summons and complaint and its answer is due March 6, 2008.

3.     That on or about February 20, 2008, the Defendant, HEATH CARR, was served with the summons and complaint and his answer is due March 11, 2008.

4.     The parties have entered into settlement negotiations and are in the process of exchanging and gathering documents in an attempt to resolve this claim. The Defendants, FIBRWRAP CONSTRUCTION, INC. and HEATH CARR, request a sixty (60) day extension to answer or otherwise plead to the allegations contained in the Plaintiffs' Complaint while they gather documents and attempt to resolve this claim.

5.     The Plaintiffs' counsel, Idala Strouse, has no objection to this request.

WHEREFORE, the Defendants, FIBRWRAP CONSTRUCTION, INC. and HEATH CARR, respectfully request an order granting an extension until May 12, 2008 to answer or otherwise plead to the allegations contained in the Plaintiffs' Complaint, and for such other and further relief as this court deems just and equitable under the circumstances.

Respectfully submitted,

**STONE & MOORE, CHARTERED**

By; _____

One of the Attorneys for Defendants,
FIBRWRAP CONSTRUCTION, INC. and
HEATH CARR

William G. Stone
Richard A. Valek
STONE & MOORE, CHARTERED
150 North Michigan Avenue
Suite 2600
Chicago, Illinois 60601
(312) 332-5656