413-10183-33                                        RAV/WGS/lak

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JUAN CASTILLO, JOSEPH MARTINI, and JONATHAN LOPEZ, on behalf of themselves And all other Plaintiff's similarly situated known and unknown, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>FIBRWRAP CONSTRUCTION, INC., R.D. INSTALLATIONS, INC., HEATH CARR, individually and ROLANDE DALATI FYFE, individually, )<br><br>Defendants. ) | No. 08 C 809 |

**ORDER**

This cause coming on to be heard on the Motion of Defendant, FIBRWRAP CONSTRUCTION, INC. and HEATH CARR, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendants' Motion to Extend Time to Answer or Otherwise Plead to and including May 12, 2008 is hereby GRANTED.


Dated_____        _____
                                                          JUDGE