| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Law Offices of Marc M. Pekay<br>30 North LaSalle St Ste 2426<br>Chicago, IL 60602<br>E-MAIL<br>ATTORNEY FOR (Name): | (312) 606-0980<br>FAX<br>(312) 606-0983 | |

| US Northern District Court of Illinois |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: , IL |
| BRANCH NAME: |

| PLAINTIFF: | Juan Castillo, et al., |
|---|---|
| DEFENDANT: | Fibrwrap Construction, Inc., et al., |

| PROOF OF SERVICE | FILE NUMBER<br>2008441319 | COURT CASE NUMBER<br>08C809 |
|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
   **Complaint, Summons, CONSENT(S) TO BE A PARTY PLAINTIFF**

3. a. Party served:   **R. D. Installations, Inc. , by serving Rolande Fyfe, President (Authorized)**
   b. Person served:   **party in item 3a**

4. Address where party was served:   **1339 Ocean Ave**
   **Del Mar, CA 92014-2334**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 2/27/2008 (2)at: 7:25 AM.

7. Person who served papers:
   a. Name:   **D Sanders 1387**
   b. Address: **San Diego County Sheriff Sheriff's Civil Office 325 South Melrose Dr Ste 2400 Vista, CA 92081-6692**
   c. Telephone number: **(760) 940-2898**
   d. The fee for service was: **$40.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: February 28, 2008

Sheriff's Authorized Agent
William B. Kolender, Sheriff

Hearing: **<No Information>**

Judicial Council form POS-010              Original                                                191331



# San Diego County
# SHERIFF'S DEPARTMENT

### CERTIFICATE OF ACKNOWLEDGEMENT
(Attachment to Proof of Service)

State of **California**
County of **San Diego**

Nancy Wikoff, Notary Public

On 3-5-08, before me _____,
personally appeared D. Sanders, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NANCY WIKOFF
Commission #1487430
Notary Public - California
San Diego County
My Commission Exp. May 3, 2008

_Nancy Wikoff_
(Signature of Notary)

(Notary Seal)

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 809**

### SUMMONS IN A CIVIL CASE

Juan Castillo, Joseph Martini and Jonathan Lopez on behalf of themselves and all other Plaintiffs similarly situated known and unknown,
    Plaintiffs,

V.

Fibrwrap Construction, Inc., R.D. Installations, Inc., Heath Carr, individually and Rolande Dalati Fyfe, individually,
    Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

R. D. Installations, Inc.
1339 Ocean Ave.
Del Mar, CA 92014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Idala Strouse
Law Offices of Marc M. Pekay
30 N. LaSalle St., Suite 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within    **20**    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*
(By) DEPUTY CLERK



February 7, 2008
Date