U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Juan Castillo, Joseph Martini, and Jonathan Lopez, on behalf of themselves and all other Plaintiffs similarly situated known and unknown,

v.

Fibrwrap Construction, Inc., R.D. Installations, Inc., Heath Carr, individually, and Rolande Dalati Fyfe, individually,

Case Number: 08C809
Judge Leinenweber
Magistrate Judge Cox

Plaintiffs,

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

R.D. Installations, Inc. and Rolande Dalati Fyfe

| NAME: (Type or Print) |
| --- |
| Clifford R. Perry III |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/Clifford R. Perry III |
| FIRM: |
| Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS: |
| 515 North State Street, Suite 2800 |
| CITY/STATE/ZIP: |
| Chicago, Illinois 60610 |

| ID NUMBER: | TELEPHONE NUMBER: |
| --- | --- |
| 06280584 | 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

Document ID: 471990.1   3/27/2008 1:28:00 PM