IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASTILLO, et al., | ) |
| | ) Case No. 08 C 809 |
| Plaintiffs, | ) |
| | ) |
| v. | ) Honorable Harry D. Leinenweber |
| | ) Magistrate Judge Cox |
| FIBRWRAP, et al., | ) |
| | ) |
| Defendants. | ) |

**AGREED MOTION OF DEFENDANTS R.D. INSTALLATIONS, INC.
AND ROLANDE DALATI FYFE TO CONTINUE
DATE TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants R.D. Installations, Inc. ("R.D. Installations") and Rolande Dalati Fyfe ("Fyfe"), by and through their attorneys, and request that this Honorable Court allow them and the other two defendants to and including May 12, 2008 within which to answer or otherwise plead in this case. In support of their motion, R.D. Installations and Fyfe state as follows:

1. On or about February 13, 2008, Plaintiffs filed their Complaint against all four Defendants in the above-captioned matter.

2. Two defendants, R.D. Installations and Fyfe, were served with Plaintiffs' Complaint on February 27, 2008. The answers or other responsive pleadings of R.D. Installations and Fyfe were therefore due to be filed on or before March 18, 2008.

3. Counsel for Defendants R.D. Installations and Fyfe, Clifford R. Perry III, was contacted for the first time by R.D. Installations and Fyfe on March 26, 2008, and Mr. Perry was formally retained as counsel for R.D. Installations and Fyfe on March 27, 2008.

4. Mr. Perry has been informed by counsel for co-defendants Fibrwrap, Inc. ("Fibrwrap") and Heath Carr ("Carr") and by counsel for Plaintiffs that settlement negotiations are currently underway and, for this reason, Plaintiffs have agreed to allow Defendants Fibrwrap

and Carr to and including May 12, 2008 within which to answer or otherwise plead. On March 5, 2008, Fibrwrap and Carr filed an agreed motion and form order with this Honorable Court regarding Plaintiffs' agreement to allow for this additional time to file a responsive pleading. However, the docket sheet does not reflect that this Honorable Court has yet entered or signed that form order.

5. Now that R.D. Installations and Fyfe have retained Mr. Perry as counsel in this case, R.D. Installations and Fyfe have been invited to participate in the settlement negotiations currently underway.

6. Therefore, Plaintiffs have agreed to allow Defendants R.D. Installations and. Fyfe additional time, to and including May 12, 2008, within which to answer or otherwise plead in this case.

7. Plaintiffs have agreed to this motion.

8. This motion is not being brought for purposes of delay and Plaintiffs will not be prejudiced if this motion is granted.

WHEREFORE, Defendants R.D. Installations, Inc. and Rolande Dalati Fyfe respectfully request that this Honorable Court allow them and the other two defendants in this case to and including May 12, 2008 within which to file their answers or other responsive pleadings in this case.

Dated: March 28, 2008

                                                Respectfully submitted,

                                                /s/ Clifford R. Perry III
                                                Clifford R. Perry III
                                                One of the Attorneys for Defendants,
                                                R.D. Installations, Inc. and Rolande Dalati Fyfe

Clifford R. Perry III
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610

Phone: (312) 467-9800
Fax: (312) 467-9479

## CERTIFICATE OF SERVICE

Clifford R. Perry III, an attorney, hereby certifies that he caused the attached Agreed Motion of Defendants R.D. Installations Inc. and Rolande Dalati Fyfe To Continue Date To Answer Or Otherwise Plead to be served via Electronic Filing on Marc M. Pekay, Idala H. Strouse, William G. Stone and Richard A. Valek, through the U.S. District Court, Northern District of Illinois e-filing system on this 28th day of March 2008, addressed to:

> Marc M. Pekay
> marcpekay@pekay.biz
>
> Idala H. Strouse
> idalas@pekay.biz
>
> William G. Stone
> wstone@stonemoore.com
>
> Richard A. Valek
> rvalek@stonemoore.com
>
>   /s/ Clifford R. Perry III
>   Clifford R. Perry III