IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASTILLO, et al., ) | |
| ) | Case No. 08 C 809 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Honorable Harry D. Leinenweber |
| ) | Magistrate Judge Cox |
| FIBRWRAP, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Marc M. Pekay                     William G. Stone
      Idala H. Strouse                  Richard A. Valek
      Marc M. Pekay, P.C.               Stone & Moore, Chtd.
      30 North LaSalle Street – Suite 2426   150 North Michigan Avenue – Suite 2600
      Chicago, IL 60602                 Chicago, IL 60601

   Please take notice that on Tuesday, April 1, 2008 at 9:30 a.m., we shall appear before the Honorable Harry D. Leinenweber, or any other Judge sitting in his stead, in Room 1941 of the Federal Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Agreed Motion of Defendants, R.D. Installations, Inc. and Rolande Dalati Fyfe to Continue Date to Answer or Otherwise Plead.

Dated: March 28, 2008

                                        Respectfully submitted,

                                        /s/ Clifford R. Perry III
                                        Clifford R. Perry III,
                                        One of the Attorneys for Defendant,
                                        R.D. Installations, Inc. and Rolande Dalati Fyfe

Clifford R. Perry III (06204955)
cperry@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

## CERTIFICATE OF SERVICE

Clifford R. Perry III, an attorney, hereby certifies that he caused the attached Notice of Motion of Defendants R.D. Installations, Inc. and Rolande Dalati Fyfe to be served via Electronic Filing on Marc M. Pekay, Idala H. Strouse, William G. Stone and Richard A. Valek, through the U.S. District Court, Northern District of Illinois e-filing system on this 28th day of March 2008, addressed to:

>Marc M. Pekay
>marcpekay@pekay.biz
>
>Idala H. Strouse
>idalas@pekay.biz
>
>William G. Stone
>wstone@stonemoore.com
>
>Richard A. Valek
>rvalek@stonemoore.com
>
>/s/ Clifford R. Perry III
>Clifford R. Perry III