IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JUAN CASTILLO**, **JOSEPH MARTINI**, and **JONATHAN LOPEZ**, on behalf of themselves and all other Plaintiffs similarly situated known and unknown, | ) ) ) ) ) No. 08 C 809 ) |
| Plaintiffs, | ) Honorable Harry D. Leinenweber ) Magistrate Judge Cox ) |
| v. | ) ) |
| **FIBRWRAP CONSTRUCTION, INC.**, **R.D. INSTALLATIONS, INC.**, **HEATH CARR, individually,** and **ROLANDE DALATI FYFE**, **individually**, | ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' STIPULATION TO DISMISS WITH LEAVE TO REINSTATE WITHIN 30 DAYS

NOW COMES, JUAN CASTILLO, JOSEPH MARTINI and JONATHAN LOPEZ, by and through their attorneys, IDALA H. STROUSE of MARC M. PEKAY, P.C., and hereby file this Stipulation to Dismiss. A settlement has been agreed to in this case. The parties are now waiting for all individuals sign and execute the Settlement Agreement. Therefore, the Plaintiffs are requesting that this matter be dismissed with leave to reinstate within 30 days from the dismissal.

Respectfully submitted,

By: s/Idala Strouse

Law Offices of Marc Pekay
30 N. LaSalle St., Suite 2426
Chicago, IL 60602
312-606-0980

1