**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JUAN CASTILLO**, **JOSEPH MARTINI**, and **JONATHAN LOPEZ**, on behalf of themselves and all other Plaintiffs similarly situated known and unknown, <br><br>  Plaintiffs, <br><br> v. <br><br> **FIBRWRAP CONSTRUCTION, INC., R.D. INSTALLATIONS, INC., HEATH CARR, individually, and ROLANDE DALATI FYFE, individually**, <br><br>  Defendants. | ) <br> ) <br> ) <br> ) No. 08 C 809 <br> ) <br> ) Honorable Harry D. Leinenweber <br> ) Magistrate Judge Cox <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING**

To:  Richard Valek  
   William G. Stone  
   Stone & Johnson, Chtd.  
   150 N. Michigan Avenue  
   Suite 2600  
   Chicago, IL 60601  

   Clifford Perry III  
   Laner, Muchin, Dombrow, Becker  
   Levin and Tominberg, Ltd.  
   515 N. State Street  
   Suite 2800  
   Chicago, IL 60610  

**PLEASE TAKE NOTICE** that we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, by using the Court's electronic filing system on this **9**[th] day of **May, 2008**, the attached **PLAINTIFFS' STIPULATION TO DISMISS WITH LEAVE TO REINSTATE WITHIN 30 DAYS** and in support thereof, a true and correct copy of which is herewith served upon you.

   Respectfully submitted,  
   BY:   Idala H. Strouse  
   Attorneys for Plaintiff

MARC M. PEKAY, P.C.  
30 N. LaSalle St., Ste. 2426  
Chicago, IL  60602  
(312) 606.0980

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a copy of the foregoing **PLAINTIFFS' STIPULATION TO DISMISS WITH LEAVE TO REINSTATE WITHIN 30 DAYS** (Case No. 08 C 809) to be served upon:

| | |
|---|---|
| Richard Valek | Clifford Perry III |
| William G. Stone | Laner, Muchin, Dombrow, Becker |
| Stone & Johnson, Chtd. | Levin and Tominberg, Ltd. |
| 150 N. Michigan Avenue | 515 N. State Street |
| Suite 2600 | Suite 2800 |
| Chicago, IL 60601 | Chicago, IL 60610 |

by placing same in an envelope properly addressed as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of **5:00 p.m.** on this **9th** day of **May, 2008**.

BY: _Idala H. Strouse_
Attorneys for Plaintiff

MARC M. PEKAY, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL  60602
312/606-0980