# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 809 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Juan Castillo, et al vs. Fibrwrap Construction, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation, this case is dismissed with leave to reinstate within 30 days.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|