IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JUAN CASTILLO**, **JOSEPH MARTINI**, and **JONATHAN LOPEZ**, on behalf of themselves and all other Plaintiffs similarly situated known and unknown, | ) ) ) ) ) No. 08 C 809 ) |
| Plaintiffs, | ) Honorable Harry D. Leinenweber ) Magistrate Judge Cox ) |
| v. | ) ) |
| **FIBRWRAP CONSTRUCTION, INC.**, **R.D. INSTALLATIONS, INC.**, **HEATH CARR, individually,** and **ROLANDE DALATI FYFE, individually**, | ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' STIPULATION TO DISMISS WITH PREJUDICE

NOW COMES, JUAN CASTILLO, JOSEPH MARTINI and JONATHAN LOPEZ, by and through their attorneys, IDALA H. STROUSE of MARC M. PEKAY, P.C., and hereby file this Stipulation to Dismiss. A settlement has been agreed to in this case. The Settlement Agreements have now been executed. Therefore, the Plaintiffs are requesting that this matter be dismissed with prejudice.

Respectfully submitted,

By: s/Idala Strouse

Law Offices of Marc Pekay
30 N. LaSalle St., Suite 2426
Chicago, IL 60602
312-606-0980

1