**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JUAN CASTILLO**, **JOSEPH MARTINI**, and **JONATHAN LOPEZ**, on behalf of themselves and all other Plaintiffs similarly situated known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>**FIBRWRAP CONSTRUCTION, INC., R.D. INSTALLATIONS, INC., HEATH CARR, individually, and ROLANDE DALATI FYFE, individually**,<br><br>Defendants. | )<br>)<br>)<br>) No. 08 C 809<br>)<br>) Honorable Harry D. Leinenweber<br>) Magistrate Judge Cox<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

To:    Richard Valek                     Clifford Perry III
       William G. Stone                  Laner, Muchin, Dombrow, Becker
       Stone & Johnson, Chtd.            Levin and Tominberg, Ltd.
       150 N. Michigan Avenue            515 N. State Street
       Suite 2600                        Suite 2800
       Chicago, IL 60601                 Chicago, IL 60610

     **PLEASE TAKE NOTICE** that we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, by using the Court's electronic filing system on this **29th** day of **May, 2008**, the attached **PLAINTIFFS' STIPULATION TO DISMISS WITH PREJUDICE** and in support thereof, a true and correct copy of which is herewith served upon you.

                          Respectfully submitted,
                          BY:    Idala H. Strouse
                          Attorneys for Plaintiff

MARC M. PEKAY, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL  60602
(312) 606.0980

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she caused a copy of the foregoing **PLAINTIFFS' STIPULATION TO DISMISS WITH PREJUDICE** (Case No. 08 C 809) to be served upon:

Richard Valek                              Clifford Perry III
William G. Stone                          Laner, Muchin, Dombrow, Becker
Stone & Johnson, Chtd.                Levin and Tominberg, Ltd.
150 N. Michigan Avenue              515 N. State Street
Suite 2600                                   Suite 2800
Chicago, IL 60601                        Chicago, IL 60610

by placing same in an envelope properly addressed as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of **5:00 p.m.** on this <u>**29th**</u> day of  **May, 2008**.

BY:    <u>Idala H. Strouse          </u>
           Attorneys for Plaintiff

MARC M. PEKAY, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL  60602
312/606-0980